AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

JOSEPH BURKE

**EXHIBIT AND WITNESS LIST**

Case Number: 15-CR-10319

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Capin, Moran | Thrall |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/21/2015 | 10:00 | Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 10/21/2015 | | | Benjamin Alvis |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| | | | | | |
| | 1 | 10/21/2015 | X | X | CD- Audio Clips |
| | 2 | 10/21/2015 | X | X | Photo of yellow lined paper, 9/19/15 |
| | 3a | 10/21/2015 | X | X | Photo-Deft & woman 9/20/2015 |
| | 3b | 10/21/2015 | X | X | Photo-Deft & woman, 9/20/2015 |
| | 4 | 10/21/2015 | X | X | Photo (5) of passport |
| | 5 | 10/21/2015 | X | X | Photo-licence and passport |
| | 6 | 10/21/2015 | X | X | Photo, MA Drivers License, Dom F. Pino |
| | 7a | 10/21/2015 | X | X | Photo, Green Leafy Substance |
| | 7b | 10/21/2015 | X | X | Photo, Green Leafy Substance |
| | 8a | 10/21/2015 | X | X | Photo, Cocaine |
| | 8b | 10/21/2015 | X | X | Photo, Cocaine |
| | 9 | 10/21/2015 | X | X | Photo-Whizzinator |
| | 10 | 10/21/2015 | X | X | Receipt for Amtrak Ticket |
| | 11 | 10/21/2015 | X | X | Sealed Exh |
| | 12 | 10/21/2015 | X | X | Admittance of Membership |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages