UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 15-10319-DJC<br>JOSEPH BURKE, )<br>)<br>)<br>Defendant )<br>)<br>)<br>_____ ) | |

### NOTICE OF INITIAL STATUS CONFERENCE

October 21, 2015

Hennessy, M.J.

      In this case, Defendant Joseph Burke is charged in an indictment with Travel in and Use of Facilities in Interstate Commerce in the Commission of Murder for Hire, in violation of 18 U.S.C. § 1958(a).  Defendant was arraigned on October 21, 2015, and has elected to proceed under the automatic discovery rules.  Accordingly:

1. A Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, November 27, 2015**.  Unless the parties inform the court in the Joint Memorandum that there is no need for an initial status conference, such a conference will be held on **Tuesday, December 1, 2015 at 2:00 p.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester.  If the parties do not inform the court on or before **Friday, November 27, 2015** that there is no need for an initial status conference, then the parties must appear for the initial status conference either in person or by telephone.[1]

2. If counsel feel that there is a need for an initial status conference, then on or before the close of business on **Friday, November 27, 2015**, counsel shall inform my Courtroom Clerk, Lisa Belpedio (508.929.9905 or Lisa_Belpedio@mad.uscourts.gov),  as to whether

---

[1] Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a showing of exceptional cause on motion, duly filed in advance of the Initial Status Conference.  See Fed. R. Crim. P. 43(c)(3).

1

they want the status conference conducted in person or by telephone.  If they choose to appear by telephone, they shall provide their telephone contact information, which must be a landline telephone.

3. ORIGINALS OF ALL MOTIONS, MEMORANDA, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING).  **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

4. In addition to the matters set forth in Local Rule 116.5(a), the parties shall provide an initial estimate as to when this case may be ready to be transferred to the District Judge.

    / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge